IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GIANNA SPARACINO, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff,*<br><br>v.<br><br>**WIDENER UNIVERSITY,**<br><br>*Defendant.* | Civil No. 24-1001 |

## ORDER

**AND NOW**, this 17th day of March 2025, in consideration of the filing of Plaintiff's amended complaint (ECF No. 12) and Defendant's subsequent motion to dismiss the amended complaint (ECF No. 14), it is hereby **ORDERED** that Defendant's motion to dismiss the original complaint (ECF No. 6) is **DENIED** as moot.

BY THE COURT:

_____
MARY KAY COSTELLO, J.