IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GIANNA SPARACINO**<br>*on behalf of herself and all others similarly situated*<br>     *Plaintiff*<br><br>v.<br><br>**WIDENER UNIVERSITY**<br>     *Defendant* | Civil No. 24-1001 |

## ORDER

**AND NOW**, this 24th day of March, 2025, on consideration of the parties' Motion to Continue the Pretrial Conference (ECF No. 21) it is **ORDERED** that the Motion is **GRANTED** as follows. Counsel for the parties are to appear for an initial pretrial conference pursuant to Fed. R. Civ. P. 16(a) on April 15, 2025 at 10:00 a.m., in Chambers Room 3042, 3rd floor at the James A. Byrne United States Courthouse located at 601 Market Street, Philadelphia, PA 19106. Prior to the pretrial conference, the parties are directed to confer and prepare a joint report pursuant to Fed. R. Civ. P. 26(f) using the format attached to the Court's March 19, 2025 Order (ECF No. 20). At least three days prior to the initial pretrial conference, counsel for the parties shall submit the joint report to chambers via email. The parties shall exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) at least one business day in advance of the initial pretrial conference.

BY THE COURT:

_____
MARY KAY COSTELLO, J.