IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GIANNA SPARACINO,** *on behalf of herself and all others similarly situated*, <br>     *Plaintiff,* <br><br> **v.** <br><br> **WIDENER UNIVERSITY,** <br>     *Defendant.* | Civil No. 24-1001 |

## SCHEDULING ORDER

**AND NOW**, this 15th day of April 2024, following a preliminary pretrial conference pursuant to Federal Rule of Civil Procedure 16, it is **ORDERED** as follows:

1. All motions to amend the Complaint and to join or add additional parties shall be filed within 30 days of the date of this Order.

2. In the event all parties agree and so inform the Court, the Court will refer this case to a magistrate judge for a settlement conference.

3. The parties shall complete fact discovery by October 31, 2025.

4. Plaintiff shall serve expert reports, if any, on or before December 1, 2025.

5. Defendant shall serve expert reports, if any, on or before January 2, 2026.

6. Responsive or supplemental expert reports, if any, must be served on or before January 30, 2026.

7. The parties shall complete all discovery by February 13, 2026.

8. A party intending to offer lay witness opinion testimony must disclose the name of any witness who will offer such an opinion and a summary of each such opinion at the same time the expert reports are exchanged.

9. Should both parties wish to extend any discovery deadline without extending any other deadlines set forth in this Scheduling Order, the parties may agree to do so without seeking leave of the Court.

10. Motions regarding class certification, if any, shall be filed by December 1, 2025. Responses shall be filed no later than January 2, 2026. Replies shall be filed no later than January 16, 2026. The Court will hold a hearing to address the motion on February 19, 2026, at 10:00 A.M. in Courtroom TBD, United States District Court, 601 Market Street, Philadelphia, PA 19106.

11. Motions for summary judgment or motions to exclude expert testimony, if any, shall be filed by April 30, 2026. Responses shall be filed no later than May 21, 2026. All parties must comply with the following requirements in addition to the requirements of Federal Rule of Civil Procedure 56:

(a) The movant shall file, in support of the motion for summary judgment, a concise paragraph by paragraph statement of undisputed material facts.

(b) The respondent shall file, in opposition to the motion for summary judgement, a concise paragraph by paragraph response to the statement of undisputed material facts. The respondent may also set forth, in separate numbered paragraphs, any additional facts the respondent contends preclude summary judgment. The Court will accept all material facts set forth in the movant's statement as admitted unless controverted by the opposing party.

(c) Statements of material facts in support of or in opposition to a motion for summary judgment shall include specific and not general references to the parts of the record that support each statement. Each stated fact shall cite the source relied upon, including the page of any document or line and page number of any deposition to which reference is made. Failure

to cite specifically to the appropriate parts of the record may constitute grounds for denial of the requested relief.

      12.    A trial readiness conference will be held on August 19, 2026, at 10:00 A.M., in Chambers Room 3042 at the James A. Byrne United States Courthouse located at 601 Market Street, Philadelphia, PA 19106.

                               **BY THE COURT:**

                               _____
                               MARY KAY COSTELLO
                               United States District Judge