**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

GIANNA SPARACINO, *on behalf of herself and all others similarly situated*,

Plaintiff,

v.

WIDENER UNIVERSITY,

Defendant.

Case No. 2:24-cv-01001-MKC

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE THAT**, upon the Declaration of Nicholas A. Colella, sworn to on June 18, 2026, and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Named Plaintiff Gianna Sparacino will move this Court on June 30, 2026, at 2:00 P.M. in the James A. Byrne U.S. Courthouse, Courtroom 6-A, 601 Market St., Philadelphia, PA 19106, before the Honorable Mary Kay Costello of the United States District Court for the Eastern District of Pennsylvania, for an Order under Federal Rule of Civil Procedure 23:

(1) Finally certifying, for purposes of the Settlement only, the following Settlement Class:

> All Widener University students whose payment obligation of tuition and/or fees was satisfied for the Spring 2020 semester, and who were enrolled in at least one in-person on-campus class during the Spring 2020 semester.

(2) finally approving the Settlement under Rule 23(e)(2) as fair, reasonable, and adequate; (3) confirming that the Class Notice plan approved by the Court in its February 24, 2026, Preliminary Approval Order has been fully and sufficiently executed; (4) finally appointing Named Plaintiff Gianna Sparacino as Settlement Class Representative; (5) finally appointing Nicholas A. Colella

of Lynch Carpenter, LLP and Michael A. Tompkins and Anthony M. Alesandro of Leeds Brown Law, P.C. to act on behalf of the Settlement Class and the Settlement Class Representative with respect to the Settlement; (6) entering the proposed final judgment; and (7) granting such other and further relief as may be just and appropriate.

Dated: June 18, 2026

Respectfully submitted,

*/s/ Nicholas A. Colella*
Nicholas A. Colella (PA ID No. 332699)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
NickC@lcllp.com

Michael Tompkins, Esq.*
Anthony Alesandro, Esq.*
**LEEDS BROWN LAW, P.C.**
1 Old Country Road, Suite 347
Carle Place, NY 11514
Phone : (516) 873-9550
mtompkins@leedsbrownlaw.com
aalesandro@leedsbrownlaw.com

**Pro Hac Vice*

*Attorneys for Named Plaintiff and the Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 18, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

*/s/ Nicholas A. Colella*
Nicholas A. Colella